UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO VALLIN BRIDGES,

        Petitioner,        Case No. 1:17-cv-612

v.        Honorable Paul L. Maloney

SHIRLEE HARRY,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:   July 21, 2017        /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge